# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE MILLER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | Case No. ED CV 18-2064-SVW (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

//
//
//
//
//

1

1  IT IS THEREFORE ORDERED that respondent's Motion to Dismiss is
2  granted, and Judgment will be entered denying the Petition and dismissing this
3  action without prejudice.
4
5
6
7  DATED: July 14, 2020                    _____
8                                          HONORABLE STEPHEN V. WILSON
                                           UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28